UNITED STATES of America,
Plaintiff—Appellee,

v.

Oscar ANGULO, Defendant—Appellant.

No. 01–55086.

D.C. Nos. CV–00–00908–WBE,
CR–98–03518–WBE.

United States Court of Appeals,
Ninth Circuit.

Submitted June 6, 2002.*

Decided June 14, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before HALL, SILVERMAN, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Appellant/Defendant Oscar Angulo ("Angulo") appeals the denial of his motion filed pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence due to ineffective assistance of counsel. We granted a certificate of appealability with respect to the issue of "whether trial or appellate counsel rendered ineffective assistance for failing to file a timely notice or otherwise prosecute appellant's direct appeal."

Angulo knowingly and voluntarily waived appeal rights in his plea agreement and during his plea colloquy. *See United States v. Anglin*, 215 F.3d 1064, 1067 (9th Cir.2000). Angulo's waiver precludes any ineffective assistance of counsel claim based on failure to appeal. *See United States v. Martinez*, 143 F.3d 1266, 1270 (9th Cir.1998).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.